SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DONALD R. PETERSON, et. al.,<br><br>　　　　Defendants. | Case No.: CIV.S-09-01008-FCD-EFB<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br>Complaint Filed: APRIL 15, 2009 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2). The Parties shall bear their own costs and attorneys' fees in connection with the Lawsuit.

1

STIPULATED DISMISSAL and ORDER                               CIV: S-09-cv-01008-FCD-EFB

1   Dated:  September 3, 2009                    CORFEE STONE & ASSOCIATES

3                                                /s/Catherine M. Corfee

4                                                CATHERINE M. CORFEE,

5                                                Attorneys for Defendants,

6                                                DONALD R. PETERSON;

7                                                HENRIETTA J. PETESON

10  Dated:  September 3, 2009                    DISABLED ACCESS PREVENTS
11                                               INJURY, INC.

13                                                /s/Scott N. Johnson
14                                               SCOTT N. JOHNSON,
                                                 Attorney for Plaintiff

17       **IT IS SO ORDERED**.

19  Dated: September 4, 2009
                                                 _____
20                                               FRANK C. DAMRELL, JR.
                                                 UNITED STATES DISTRICT JUDGE